## FIRST NATIONAL BANK OF CHANDLER, OKLA., v. STEPHENSON et al.

No. 27581.   Jan. 18, 1938.

Courtland M. Feuquay, for plaintiff in error.

Thomas S. Harris, Asst. County Atty., and R. K. Robertson, for defendants in error.

PER CURIAM.   On November 9, 1936, plaintiff in error filed petition in error with case-made attached in this court, and on November 9, 1936, brief of plaintiff in error was filed.

The defendants in error have failed to file any brief or offer any excuse for such failure.   Upon authority of City of Oklahoma City v. Blondin, 163 Okla. 276, 21 P. (2d) 1053, this cause is reversed and remanded, with directions to vacate the order denying the writ of mandamus and to grant the writ.

OSBORN, C. J., BAYLESS, V. C. J., and RILEY, WELCH, PHELPS, CORN, GIBSON, and HURST, JJ., concur.   DAVISON, J., absent.

## CITY OF TULSA v. STROUD.

No. 27993.   Jan. 18, 1938.

H. O. Bland, Milton W. Hardy, and E. M. Gallaher, for plaintiff in error.

Chambers & Wortman, for defendant in error.

PER CURIAM.   On July 6, 1937, plaintiff in error filed petition in error with case-made attached in this court and on August 27, 1937, the brief was filed by the plaintiff in error.

The defendant in error has failed to file any brief or offer any excuse for such failure.   The cause is, therefore, reversed and remanded, with directions to vacate and set aside the order and judgment heretofore rendered for the plaintiff and to grant a new trial.   Chapman v. Taylor, 163 Okla. 274, 21 P. (2d) 1058.

OSBORN, C. J., BAYLESS, V. C. J., and RILEY, WELCH, PHELPS, CORN, GIBSON, and HURST, JJ., concur.   DAVISON, J., absent.